**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 25-60062-mmp |
| PATRICK D. HORACE, SR., | § | |
| | § | Chapter 11 |
| Debtor. | § | (Subchapter V) |

---

**DEBTOR'S MOTION TO ESTABLISH POST-CONFIRMATION DEADLINES**

---

COMES NOW, Patrick D. Horace, Sr. (the "Debtor") and files this, his *Motion to Establish Post-Confirmation Deadlines* (the "Motion"), and respectfully moves this Court for entry of an order establishing post-confirmation deadlines, including the deadline for the filing of administrative expense claims, and in support thereof states as follows:

## I. BACKGROUND

1. On February 1, 2025, the Debtor commenced this case by filing a voluntary petition for relief under chapter 11, subchapter V of the Bankruptcy Code.[1]

2. On October 2, 2025, the Court entered an *Order Confirming Subchapter V Debtor's First Amended Plan Dated August 22, 2025 Under 11 U.S.C. § 1191(b)* (the "Confirmation Order") [ECF No. 170].

3. Pursuant to the terms of the Plan and Confirmation Order, the Effective Date is October 15, 2025.

4. The Debtor is currently operating and will soon commence making distributions in accordance with the confirmed Plan. Via the instant motion, the Debtor seeks to clarify and

[1] 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code").

establish uniform post-confirmation deadlines to ensure orderly administration of remaining matters in this case.

## II. RELIEF REQUESTED

5. The Debtor requests that the Court enter an order establishing the following post-confirmation deadlines:

a. Administrative Expense Claims Deadline: All requests for payment of administrative expenses under 11 U.S.C. §§ 503(a) and 507(a)(2), other than (i) professional fee applications governed by separate procedures; or (ii) ordinary-course post-Effective Date obligations, shall be filed no later than thirty (30) days after the entry of an order on this Motion. (the "Administrative Claims Bar Date").

b. Professional Fee Applications: Any final fee applications for compensation and reimbursement of expenses under 11 U.S.C. §§ 330 and 331 shall be filed within forty-five (45) days after the Effective Date, absent further order of the Court.

c. Objections to Claims: All objections to proofs of claim shall be filed no later than ninety (90) days after the Effective Date, i.e., on or before January 13, 2026, unless extended by further Court order.

## III. BASIS FOR RELIEF

6. Establishing clear deadlines following confirmation promotes finality and efficient case administration. Bankruptcy Rule 3020(d) authorizes the Court to "issue any other order necessary to administer the estate" after confirmation, including orders fixing deadlines for administrative expense claims.

7. Such deadlines are customary in chapter 11 and subchapter V cases, and are consistent with the provisions of the Plan.

8. Notice of this Motion has been provided to: (a) the Subchapter V Trustee; (b) the U.S. Trustee; (c) all parties requesting notice under Bankruptcy Rule 2002; and (d) all creditors and parties-in-interest listed in the matrix appended hereto. The Debtor submits that such notice is adequate and appropriate under the circumstances.

WHEREFORE, the Debtor respectfully requests that the Court enter an order substantially in the for submitted herewith:

(1) Establishing the deadline for filing administrative expense claims under 11 U.S.C. §§ 503 and 507(a)(2) as of thirty (30) days after the entry of the order on this Motion;

(2) Establishing November 29, 2025 as the deadline for final professional fee applications;

(3) Establishing January 13, 2026 as the deadline for objections to claims; and

(4) Granting such other and further relief as is just and proper.

Dated: October 15, 2025

Respectfully submitted,

*/s/ Bach W. Norwood*
Bach W. Norwood
TX State Bar No. 24134529
Todd Headden
Bar Number: 24096285
**HAYWARD PLLC**
7600 Burnet Road, Suite 530
Austin, TX 78757
Tel./Fax: (737) 881-7100
E-mail: bnorwood@haywardfirm.com

*Counsel for Debtor Patrick D. Horace, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the Court's CM/ECF system on October 15, 2025, thereby effectuating service on any parties requesting service thereby. Additionally, the foregoing was served via United States First Class Mail on October 15, 2025, or within one business day thereafter, on all persons listed below.

| | |
|---|---|
| Patrick D. Horace Sr.<br>10019 FM 439<br>Belton, TX 76513<br><br>***Debtor*** | United States Trustee<br>Attn: Shane P. Tobin<br>903 San Jacinto Blvd. Room #230<br>Austin, TX 78701<br><br>***United States Trustee*** |
| Martin & Drought, PC<br>Attn: Michael G. Colvard<br>Weston Centre,112 E Pecan St, Suite 1616<br>San Antonio, TX 78205 | Southern Farm Bureau Life Insurance Group<br>P.O. Box 78<br>Jackson, MS 39205<br><br>***Top 20 Unsecured Creditor*** |

| | |
|---|---|
| ***SubChapter V Trustee*** | |
| Herc Rentals, Inc.<br>c/o Barnett & Garcia<br>Attn: Matias Eduardo Garcia, Esq.<br>3821 Juniper Trace, Suite 108<br>Austin, TX 78738-8734<br><br>***Top 20 Unsecured Creditor*** | Funders App, LLC<br>Attn: Alan Reed<br>3323 NE 163rd St, Suite 401<br>North Miami Beach FL 33160<br><br>***Top 20 Unsecured Creditor*** |
| Oncor Electric Delivery<br>Property Damage Collections Manager<br>P.O. Box 910104<br>Dallas, TX 75391-0104<br><br>***Top 20 Unsecured Creditor*** | Threlkeld & Company Insurance /IPFS - DBA Insurance<br>P.O. Box 412086<br>Kansas City, MO 64141<br><br>***Top 20 Unsecured Creditor*** |
| Security Service Federal Credit Union<br>P.O. Box 691510<br>San Antonio, TX 78269-1510<br><br>***Top 20 Unsecured Creditor*** | CenterPoint Energy<br>P.O. Box 270410<br>Minneapolis, MN 55427<br><br>***Top 20 Unsecured Creditor*** |
| Texas Workforce Commission<br>TWC Building - Reg. Integrity Division<br>101 East 15th Street<br>Austin, TX 78778<br><br>***Top 20 Unsecured Creditor*** | CElegans Lab Inc - DBA (AtoB - Fuel)<br>Four Embarcadero Center, Suite #1400<br>San Francisco, CA 94111<br><br>***Top 20 Unsecured Creditor*** |
| OneMain<br>601 NW Second Street<br>Evansville, IN 47706<br><br>***Top 20 Unsecured Creditor*** | Home Depot<br>2455 Paces Ferry Road SE<br>Atlanta, GA 30339<br><br>***Top 20 Unsecured Creditor*** |
| Barclay Bank Delaware – Frontier<br>P.O. Box 8801<br>Wilmington DE 19899 | Synchrony Bank - Care Credit<br>170 Election Road, Suite #125<br>Draper, UT 84020 |

| | |
|---|---|
| ***Top 20 Unsecured Creditor*** | ***Top 20 Unsecured Creditor*** |
| North Texas Tollway Authority<br>P.O. Box 660244<br>Dallas, TX 75266-0244<br><br>***Top 20 Unsecured Creditor*** | Citibank - Best Buy<br>7601 Penn Avenue South<br>Minneapolis, MN 55423<br><br>***Top 20 Unsecured Creditor*** |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84131<br><br>***Top 20 Unsecured Creditor*** | Allstate Insurance<br>P.O. Box 65506<br>Dallas, TX 75265<br><br>***Top 20 Unsecured Creditor*** |
| Harris County Toll Road Authority<br>7701 Wilshire Pl Dr<br>Houston, TX 77040<br><br>***Top 20 Unsecured Creditor*** | Synchrony Bank - Lowe's Bank<br>170 Election Road, Suite #125<br>Draper, UT 84020<br><br>***Top 20 Unsecured Creditor*** |
| Celtic Bank – Uplift<br>275 Battery Street, 3rd Floor<br>San Francisco, CA 94111<br><br>***Top 20 Unsecured Creditor*** | McCreary, Velselka, Bragg & Allen, P.C.<br>Attn: Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, Texas 78680-1269<br><br>***Notice of Appearance for Tax Appraisal District of Bell County*** |
| McCarthy & Holthus, LLP<br>Attn: Yoshie Valadez, Nancy Lee, &<br>Cole Patton<br>1255 West 15th Street, Suite 1060<br>Plano, TX 75075<br><br>***Notice of Appearances for Lakeview Loan Servicing, LLC*** | AIS Portfolio Services, LLC<br>Attn: Amitkumar Sharma<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>ECFNotices@aisinfo.com<br><br>***Notice of Appearance for Ford Motor Credit Company, LLC*** |

| | |
|---|---|
| Wilcox Law, PLLC<br>Attn: Stephen Wilcox<br>P.O. Box 201849<br>Arlington, TX 76006<br>swilcox@wilcoxlaw.net<br><br>***Notice of Appearance for TD Bank, N.A., Successor in Interest to TD Auto Finance LLC*** | McGinnis Lochridge, LLP<br>Attn: Logan Bryce Jones<br>609 Main Street,Ste 2800<br>Houston, TX 77002<br><br>***Notice of Appearance for BMO Bank, N.A.*** |
| Kaminski Law PLLC<br>Attn: Shanna M. Kaminski<br>P.O. Box 247<br>Grass Lake, MI 49240<br><br>Wilson PLLC<br>Attn: Broocks Wilson<br>708 Main Street, Ste. 10th Floor<br>Houston, TX 77002<br><br>***Notice of Appearances for Tycoon Capital Group*** | Wright Law Group, PLLC<br>Attn: Matthew J. Lee<br>P.O. Box 105603<br>PMB #84356<br>Atlanta, GA 30348-5603<br>Tel. & Fax: (404) 445-2893<br>Email: mjl@replevin.com<br><br>***Notice of Appearance for Auxilior Capital Partners, Inc.*** |
| Scott D. Fink<br>5990 West Creek Rd., Suite 200<br>Independence, OH 44131<br><br>***Notice of Appearance for Toyota Industries Commercial Finance, Inc.*** | Offerman & King, LLP<br>Attn: James W. King<br>6420 Wellington Place<br>Beaumont, TX 77706<br>jwk@offermanking.com<br><br>***Notice of Appearance for Mitsubishi HC Capital America, Inc.*** |
| Wilcox Law PLLC<br>Attn: Stephen G. Wilcox<br>P.O. Box 201849<br>Arlington, TX 76006<br><br>***Notice of Appearance for Mercedes-Benz Vehicle Trust*** | Padfield & Stout, LLP<br>Attn: Owen Colin Babcock<br>100 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102<br><br>***Notice of Appearance for Ameris Bank d/b/a Balboa Capital Corporation*** |
| Padfield & Stout, LLP | Baker, Donelson, Bearman, Caldwell, and & |

| | |
|---|---|
| Attn: Kelsey Linendoll, I<br>100 Throckmorton Street, Suite 700<br>Fort Worth, TX 76102<br><br>***Notice of Appearance for Midland States Bank d/b/a Midland Equipment Finance*** | Berkowitz, PC<br>Attn: Jane Downey<br>1501 Main St., Ste. 310<br>Columbia, SC 29201<br>jdowney@bakerdonelson.com<br><br>Blue Bridge Financial, Inc.<br>11921 Freedom Drive, Suite 1130<br>Reston, VA 20190<br>legal@bluebridgefinancial.com |
| Amur Equipment Finance, Inc.<br>Attn: Clarice Jensen<br>P.O. Box 911685<br>Denver, CO 80291-1685<br>cjensen@goamur.com<br>bankruptcy@goamur.com | Ryan Joshua Manalansan Mendoza<br>801 Walnut Street MAC F0006-052<br>Des Moines, IA 50309<br><br>***Wells Fargo Financial Leasing, Inc.*** |
| Weltman, Weinberg & Reis Co., L.P.A.<br>Attn: Scott D. Fink<br>Agent for Creditor<br>5990 West Creek Road, Suite 200<br>Independence, OH 44131<br>sfink@weltman.com<br><br>***Toyota Industries Commercial Finance, Inc.*** | OnDeck Capital, Inc.<br>4700 W. Daybreak Pkwy, Ste. 200<br>South Jordan, UT 84009-5133 |
| Financial Pacific Leasing<br>Attn: Deborah Scearce<br>3455 S 344th Way, Suite 300<br>Federal Way, WA 98001<br>dscearce@finpac.com<br><br>***Financial Pacific Leasing, Inc.*** | Woolf McClane<br>Attn: Gregory C. Logue<br>P.O. Box 900<br>Knoxville, TN 37901<br>logueg@wmbac.com<br><br>***JB&B Capital, LLC*** |
| Tandem Finance Inc.<br>Attn: Kenny Fitzgerald, Amanda Graham<br>3801 Automation Way, Suite 201<br>Fort Collins, CO 80525<br>kennyf@pawneeleasing.com<br>amanda@pawneeleasing.com | Carey Law Firm, PLLC<br>Attn: J. Kevin Carey<br>621 Hemphill St.<br>Fort Worth, TX 76104 |

*/s/ Bach W. Norwood*
Bach W. Norwood