**Fill in this information to identify the case:**

Debtor Name Patrick D. Horace Sr dba Patrick's Delivery Service

United States Bankruptcy Court for the: Waco in Western District of Texas

Case number: 25-60062

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: 9/2025

Date report filed: 10/17/2025 (MM / DD / YYYY)

Line of business: Delivery Service

NAISC code: 484110

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Patrick D. Horace Sr.

Original signature of responsible party: /s/ Patrick D. Horace Sr.

Printed name of responsible party: Patrick D. Horace Sr.

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Patrick D. Horace Sr dba Patrick's Delivery Service Case number 25-60062

| | | | | |
|---|---|---|---|---|
| 17. | Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. | Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 28,675.62

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 219,251.69

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 235,376.26

22. **Net cash flow** + $ -16,124.57

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 12,533.05

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Patrick D. Horace Sr dba Patrick's Delivery Service Case number 25-60062

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 32
27. What is the number of employees as of the date of this monthly report? 24

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 750.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 9,000.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 225,000.00 | – | $ 219,251.69 | = | $ 5,748.31 |
| 33. **Cash disbursements** | $ 225,000.00 | – | $ 235,376.26 | = | $ -10,376.25 |
| 34. **Net cash flow** | $ 0.00 | – | $ -16,124.57 | = | $ -16,124.57 |

35. Total projected cash receipts for the next month: $ 200,000.00
36. Total projected cash disbursements for the next month: - $ 200,000.00
37. Total projected net cash flow for the next month: = $ 0.00

Debtor Name Patrick D. Horace Sr dba Patrick's Delivery Service Case number 25-60062

## 8. Additional Information

**If available, check the box to the left and attach copies of the following documents.**

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

HORIZON BANK

0009311 HOLLAND 20701B00X.005

*0009311 S2
PATRICK DUANE HORACE
10019 FM 439
BELTON TX 76513-4799

| Statement Date: | 09/30/2025 | Enclosures: | (0) | Account No.: | ****1135 | Page: | 1 |
|---|---|---|---|---|---|---|---|

## PERSONAL CHECKING SUMMARY

**Type: REG Status: Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/29/25 | | 8,641.70 |
| Debits | 0 | 0.00 |
| Automatic Teller Withdrawals | 1 | 503.00 |
| Automatic Withdrawals | 9 | 8,276.68 |
| Automatic Deposits | 3 | 8,003.00+ |
| Card Activity | 43 | 4,262.47 |
| Ending Balance On 09/30/25 | | 3,602.55 |

**Average Balance (Ledger)** **5,454.68+**

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 09/18/25 | PATRICKS DELIVER PAYROLL-CR | 4,000.00 |
| 09/25/25 | PATRICKS DELIVER PAYROLL-CR | 4,000.00 |
| 09/29/25 | Surcharge Reimbursement | 3.00 |

NNNNNN

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/02/25 | 5561 PUR WAL-MART 3449 KILLEEN TX (08/31/25 19:16:54) | 170.98 |
| 09/02/25 | 5561 VSA PUR SQ MILLER S SMOKEHOUSE BELTON TX (08/29/25 23:12:20) | 45.85 |
| 09/02/25 | 5561 VSA RECUR EXPERIAN CREDIT REPORT 479-3436237CA (08/30/25 17:28:16) | 32.46 |
| 09/02/25 | 5561 VSA PUR PRIME VIDEO CHANNELS AMZN.COM BILL WA(08/31/25 01:44:24) | 8.53 |
| 09/03/25 | 5561 VSA PUR PELOTON MEMBERSHIP ONEPELOTON.CO NY (09/02/25 22:20:15) | 46.97 |
| 09/03/25 | 5561 VSA PUR APPLE.COM BILL 866-712-7753 CA (09/02/25 23:16:18) | 10.66 |
| 09/03/25 | 5561 VSA PMT DB TXU BILL PAYMENT 800-242-9113 TX (09/03/25 06:36:15) | 318.95 |
| 09/03/25 | FOREMOST EPM PYMT | 106.49 |
| 09/04/25 | 5561 VSA PUR EXPO QUIK STOP BELTON TX (09/03/25 20:03:24) | 7.22 |
| 09/04/25 | 5561 VSA PUR BARFIELD HAY AND FEED C BELTON TX (09/04/25 03:32:15) | 33.62 |
| 09/04/25 | 5561 VSA PUR BARFIELD HAY AND FEED C BELTON TX (09/04/25 03:32:26) | 685.17 |
| 09/05/25 | 5561 PUR WENDYS 13981 BELTON TX (09/05/25 19:49:56) | 17.32 |
| 09/08/25 | 5561 VSA PUR H-E-B 381 HARKER HEIGHT TX (09/05/2523:19:03) | 107.59 |
| 09/08/25 | 5561 VSA PUR CHOICE HOME WARRANTY 888-5315403 NJ (09/06/25 04:40:47) | 77.55 |

DnpAndE 800

Continued

Statement Date: **09/30/2025** Enclosures: **(0)** Account No.: ******1135** Page: **2**

0009311 HOLLAND 20702B00X.005 25FDP

## ***ELECTRONIC DEBITS*** (continued)

| Date | Description | Amount |
|---|---|---|
| 09/08/25 | 5561 VSA PUR THE UPS STORE 4207 254-9396061 TX (09/06/25 07:20:05) | 10.00 |
| 09/08/25 | 5561 VSA PUR THE UPS STORE 4207 254-9396061 TX (09/06/25 07:20:12) | 32.62 |
| 09/08/25 | 5561 VSA PUR WHATABURGER 957 Q26 TEMPLE TX (09/07/25 15:04:33) | 34.82 |
| 09/08/25 | 5561 VSA PUR APPLE.COM BILL 866-712-7753 CA (09/08/25 04:20:17) | 2.99 |
| 09/08/25 | 5561 VSA PUR CARNIVAL THE FUN SHOPS 800-7647419 FL(09/08/25 06:00:13) | 166.60 |
| 09/10/25 | 439 WATER SUPPLY WATER | 266.83 |
| 09/15/25 | Funds Transfer via Online | 4,000.00 |
| 09/15/25 | 5561 PUR WAL SAMSCLUB 6336 002508 TEMPLE TX (09/13/25 18:25:03) | 194.10 |
| 09/15/25 | 5561 VSA RECUR SPECTRUM 855-707-7328 MO (09/12/2514:46:17) | 382.13 |
| 09/15/25 | 5561 VSA PUR LOVE S 0375 INSIDE HEARNE TX (09/14/25 03:02:46) | 6.47 |
| 09/15/25 | 5561 VSA PUR WHATABURGER 778 Q26 FRIENDSWOOD TX (09/14/25 17:54:12) | 35.80 |
| 09/16/25 | PROG COUNTY MUT INS PREM | 25.50 |
| 09/18/25 | 5561 RECUR DISNEY PLUS RECURRING BURBANK CA (09/18/25 15:40:48) | 21.59 |
| 09/18/25 | 5561 VSA PUR H-E-B 039 BELTON TX (09/17/25 23:46:17) | 125.27 |
| 09/18/25 | 5561 VSA PUR BSWHEALTH 1111 800-994-0371 TX (09/18/25 09:02:10) | 63.00 |
| 09/19/25 | 5561 VSA PUR H-E-B 039 BELTON TX (09/18/25 15:29:02) | 32.53 |
| 09/19/25 | MBFS 8006546222 D001976296 | 1,260.56 |
| 09/22/25 | 5561 VSA PUR H-E-B 381 HARKER HEIGHT TX (09/20/2508:14:22) | 23.06 |
| 09/22/25 | 5561 VSA PUR GOLDEN CHICK 1296 JARRELL TX (09/20/25 09:34:18) | 47.46 |
| 09/22/25 | 5561 VSA PUR APPLE.COM BILL 866-712-7753 CA (09/20/25 23:58:41) | 11.73 |
| 09/22/25 | 5561 VSA PUR APPLE.COM BILL 866-712-7753 CA (09/21/25 16:54:22) | 10.66 |
| 09/22/25 | 5561 VSA PUR APPLE.COM BILL 866-712-7753 CA (09/22/25 04:22:31) | 26.66 |
| 09/23/25 | 5561 VSA PUR H-E-B 039 BELTON TX (09/22/25 20:05:40) | 77.51 |
| 09/23/25 | 5561 VSA PUR GEECHIE S SOUTHERN STYL KILLEEN TX (09/23/25 06:38:04) | 24.88 |
| 09/23/25 | CHRYSLER CAPITAL BILLPAY | 1,795.16 |
| 09/24/25 | 5561 PUR NNT BARFIELD HAY AN001457 BELTON TX (09/24/25 16:32:55) | 440.71 |
| 09/24/25 | 5561 VSA PUR AMAZON PRIME 3A2NJ2983 AMZN.COM BILLWA (09/23/25 21:46:03) | 3.19 |
| 09/24/25 | 5561 VSA PUR CARNIVAL CRUISE LINE RE 800-7647419 FL (09/24/25 06:09:47) | 470.00 |
| 09/24/25 | WELLS FARGO FINA LOAN LEASE | 328.89 |
| 09/26/25 | 5561 PUR DOLLAR GENERAL 12650 NOLANVILLE TX (09/25/25 23:55:15) | 23.04 |
| 09/26/25 | 5561 PUR PLAYSTATION.COM FOSTER CITY CA (09/26/2503:51:39) | 162.36 |
| 09/26/25 | 5561 VSA RECUR AMERICAN HOMEPATIENT IN HTTPS PORTATN (09/26/25 05:54:00) | 11.90 |
| 09/26/25 | TX FARM BUREAU PREMIUMS | 158.25 |
| 09/29/25 | 5561 PUR WAL-MART 3449 KILLEEN TX (09/26/25 21:40:23) | 151.37 |
| 09/29/25 | 5561 WDL USAA FEDERAL SA HARKER HEIGHT TX (09/27/25 12:36:00) | 503.00 |
| 09/29/25 | 5561 VSA PUR GEECHIE S SOUTHERN STYL KILLEEN TX (09/27/25 02:14:00) | 37.48 |
| 09/29/25 | 5561 VSA PUR H-E-B CAR WASH 381 HARKER HEIGHT TX (09/28/25 08:15:43) | 10.99 |
| 09/29/25 | TXU ENERGY TXUE_ACH | 335.00 |
| 09/30/25 | 5561 VSA PUR CHEDDAR S 0202032 HARKER HEIGHT TX (09/30/25 01:27:52) | 58.68 |

## ***DAILY BALANCE SUMMARY***

Beginning Ledger Balance on 08/29/25 was 8,641.70

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/02/25 | 8,383.88 | 09/15/25 | 1,839.98 | 09/24/25 | 1,051.62 |
| 09/03/25 | 7,900.81 | 09/16/25 | 1,814.48 | 09/25/25 | 5,051.62 |
| 09/04/25 | 7,174.80 | 09/18/25 | 5,604.62 | 09/26/25 | 4,696.07 |
| 09/05/25 | 7,157.48 | 09/19/25 | 4,311.53 | 09/29/25 | 3,661.23 |
| 09/08/25 | 6,725.31 | 09/22/25 | 4,191.96 | 09/30/25 | 3,602.55 |
| 09/10/25 | 6,458.48 | 09/23/25 | 2,294.41 | | |

**Continued**

## *OVERDRAFT AND RETURNED ITEM FEES*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

0009311 HOLLAND 20703B00X.005 25FDP NNNNNN DnpAndE 800

This Statement Cycle Reflects 32 Days

CUSTOMER UPDATE - EFFECTIVE APRIL 1, 2025 WE WILL CHANGE THE MINIMUM DEPOSIT AMOUNT AVAILABLE THE NEXT BUSINESS DAY FROM $225 TO $275. ANY QUESTIONS OR CONCERNS, CONTACT US. TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.horizon.bank/privacy/ or we will mail you a free copy upon request if you call us at 512-637-5730

**End Statement**

HORIZON BANK

0009493 HOLLAND 21301A00X.005

*0009493 S1
PATRICKS DELIVERY SERVICE
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 25-60062
PAYROLL
10019 FM 439
BELTON TX 76513-4799

Statement Date: **09/30/2025** Enclosures: **(0)** Account No.: ******5243** Page: **1**

## *BUSINESS CHECKING SUMMARY*

**Type: REG Status: Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/29/25 | | 4,189.87 |
| Debits | 0 | 0.00 |
| Automatic Withdrawals | 6 | 87,939.75 |
| Automatic Deposits | 4 | 84,567.00+ |
| Ending Balance On 09/30/25 | | 817.12 |

**Average Balance (Ledger)** **1,258.17+**

## *ALL CREDIT ACTIVITY*

| Date | Description | Amount |
|---|---|---|
| 09/05/25 | Funds Transfer via Online | 20,000.00 |
| 09/12/25 | Funds Transfer via Online | 15,447.00 |
| 09/18/25 | Funds Transfer via Online | 26,330.00 |
| 09/25/25 | Funds Transfer via Online | 22,790.00 |

NNNNNN

## *ELECTRONIC DEBITS*

| Date | Description | Amount |
|---|---|---|
| 09/02/25 | TEXAS SDU CHILDSUPP | 2,137.45 |
| 09/05/25 | PATRICKS DELIVER PAYROLL-CR | 21,235.38 |
| 09/12/25 | PATRICKS DELIVER PAYROLL-CR | 16,247.46 |
| 09/18/25 | PATRICKS DELIVER PAYROLL-CR | 24,694.46 |
| 09/24/25 | TEXAS SDU CHILDSUPP | 751.62 |
| 09/25/25 | PATRICKS DELIVER PAYROLL-CR | 22,873.38 |

DnpAndE 800

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 08/29/25 was 4,189.87

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/02/25 | 2,052.42 | 09/12/25 | 16.58 | 09/24/25 | 900.50 |
| 09/05/25 | 817.04 | 09/18/25 | 1,652.12 | 09/25/25 | 817.12 |

**Continued**

Statement Date: **09/30/2025** Enclosures: **(0)** Account No.: ******5243** Page: **2**

## *OVERDRAFT AND RETURNED ITEM FEES*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

This Statement Cycle Reflects 32 Days

CUSTOMER UPDATE - EFFECTIVE APRIL 1, 2025 WE WILL CHANGE
THE MINIMUM DEPOSIT AMOUNT AVAILABLE THE NEXT BUSINESS DAY
FROM $225 TO $275. ANY QUESTIONS OR CONCERNS, CONTACT US.
TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.horizon.bank/privacy/ or we will mail you a free copy upon request if you call us at 512-637-5730

**End Statement**

0009493 HOLLAND 21302A00X.005 25FDP

HORIZON BANK

0008016 HOLLAND 16445C00X.004

*0008016 S3
PATRICKS DELIVERY SERVICE
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 25-60062
OPERATING
10019 FM 439
BELTON TX 76513-4799

Statement Date: **09/30/2025** Enclosures: **(3)** Account No.: ******8535** Page: **1**

## BUSINESS CHECKING SUMMARY

**Type: REG Status: Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 08/29/25 | | 24,448.26 |
| Credits | 3 | 16,501.69+ |
| Debits | 0 | 0.00 |
| Automatic Withdrawals | 18 | 226,409.97 |
| Automatic Deposits | 6 | 202,750.00+ |
| Miscellaneous Fees | 1 | 0.79 |
| Card Activity | 13 | 5,292.75 |
| Ending Balance On 09/30/25 | | 11,996.44 |

**Average Balance (Ledger) 25,972.39+**

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 09/05/25 | DEPOSIT | 4,826.69 | 09/15/25 | DEPOSIT | 9,500.00 | 09/22/25 | DEPOSIT | 2,175.00 |

NNNNNN

| Date | Description | Amount |
|---|---|---|
| 09/03/25 | WIRE TRANSFER FROM FD EXPRESS LLC | 49,770.00 |
| 09/05/25 | WIRE TRANSFER FROM LAQUENCY HORACE | 18,000.00 |
| 09/11/25 | WIRE TRANSFER FROM FD EXPRESS LLC | 40,140.00 |
| 09/15/25 | Funds Transfer via Online | 4,000.00 |
| 09/17/25 | WIRE TRANSFER FROM FD EXPRESS LLC | 48,330.00 |
| 09/24/25 | WIRE TRANSFER FROM FD EXPRESS LLC | 42,510.00 |

DnpAndE 800

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 09/02/25 | 0386 VSA PMT DB CASH APP JONATHAN HOOD OAKLAND CA(08/30/25 22:33:05) | 275.00 |
| 09/02/25 | 0386 VSA PMT DB CASH APP AYESHA KHAN OAKLAND CA (09/01/25 23:43:20) | 206.25 |
| 09/02/25 | ATOB CARD ATOB CARD | 8,395.44 |
| 09/03/25 | TRIWEST TRICARE PM | 44.88 |
| 09/05/25 | Funds Transfer via Online | 20,000.00 |
| 09/05/25 | 0386 CROSS BORDER FEE 123LOADBOARD.COM MONTREAL CA | 0.79 |

Continued

Statement Date: **09/30/2025** Enclosures: **(3)** Account No.: ******8535** Page: **2**

0008016 HOLLAND 16446C00X.004 25FDP

## *ELECTRONIC DEBITS* (continued)

| Date | Description | Amount |
|---|---|---|
| 09/05/25 | 0386 VSA PUR AUSTIN BBB 512-4454748 TX (09/04/25 19:44:46) | 70.00 |
| 09/05/25 | 0386 VSA PUR 123LOADBOARD.COM MONTREAL CA (09/04/25 21:40:54) | 79.00 |
| 09/05/25 | 0386 VSA PUR HUMBLEFAX HUMBLEFAX.COM NJ (09/05/2505:40:50) | 10.00 |
| 09/05/25 | PATRICKS DELIVER BATCH ACH | 340.00 |
| 09/05/25 | PATRICKS DELIVER BATCH ACH | 750.00 |
| 09/08/25 | 0386 VSA RECUR SPECTRUM MOBILE 855-707-7328 MO (09/05/25 13:57:55) | 335.44 |
| 09/08/25 | FEDVIP-BENEFEDS FEDVIPPREM | 129.68 |
| 09/08/25 | SFB-FARM BUREAU INS.PREM. | 169.25 |
| 09/08/25 | ATOB CARD ATOB CARD | 8,583.58 |
| 09/08/25 | INSURANCE PMT IN J2638 OOFF | 56,538.75 |
| 09/11/25 | 0386 VSA PUR DOT COMPLIANCE GROUP L 972-232-2218 TX (09/11/25 05:22:36) | 52.23 |
| 09/12/25 | Funds Transfer via Online | 15,447.00 |
| 09/15/25 | 0386 VSA PMT DB CASH APP JONATHAN HOOD OAKLAND CA(09/14/25 05:52:07) | 1,200.00 |
| 09/15/25 | ATOB CARD ATOB CARD | 37,775.15 |
| 09/18/25 | Funds Transfer via Online | 26,330.00 |
| 09/18/25 | 0386 RECUR BVC BEENVERIFIED.COM NEW YORK NY (09/18/25 12:05:39) | 31.91 |
| 09/18/25 | PATRICKS DELIVER BATCH ACH | 6,440.00 |
| 09/22/25 | 0386 VSA PUR CASH APP PLAYSTATION CASH.APP CA (09/20/25 16:30:55) | 162.36 |
| 09/22/25 | 0386 VSA PMT DB CASH APP MARIO LOPEZ OAKLAND CA (09/21/25 04:02:28) | 550.00 |
| 09/22/25 | ATOB CARD ATOB CARD | 8,772.80 |
| 09/23/25 | 0386 VSA PUR SAMSARA SAMSARA.COM CA (09/22/25 17:19:23) | 2,087.11 |
| 09/25/25 | Funds Transfer via Online | 22,790.00 |
| 09/26/25 | 0386 VSA PUR DOT COMPLIANCE GROUP L 972-232-2218 TX (09/26/25 05:15:10) | 233.45 |
| 09/26/25 | WEX INC EFSLLC | 75.00 |
| 09/26/25 | PATRICKS DELIVER BATCH ACH | 4,900.00 |
| 09/29/25 | ATOB CARD ATOB CARD | 8,928.44 |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 08/29/25 was 24,448.26

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/02/25 | 15,571.57 | 09/12/25 | 25,757.66 | 09/23/25 | 6,413.33 |
| 09/03/25 | 65,296.69 | 09/15/25 | 282.51 | 09/24/25 | 48,923.33 |
| 09/05/25 | 66,873.59 | 09/17/25 | 48,612.51 | 09/25/25 | 26,133.33 |
| 09/08/25 | 1,116.89 | 09/18/25 | 15,810.60 | 09/26/25 | 20,924.88 |
| 09/11/25 | 41,204.66 | 09/22/25 | 8,500.44 | 09/29/25 | 11,996.44 |

## *OVERDRAFT AND RETURNED ITEM FEES*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Continued**

0008016 HOLLAND 16447C00X.004 25FDP NNNNNN DnpAndE 800

This Statement Cycle Reflects 32 Days

CUSTOMER UPDATE - EFFECTIVE APRIL 1, 2025 WE WILL CHANGE
THE MINIMUM DEPOSIT AMOUNT AVAILABLE THE NEXT BUSINESS DAY
FROM $225 TO $275. ANY QUESTIONS OR CONCERNS, CONTACT US.
TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share,
and protect your personal information. Our privacy policy
has not changed and you may review our policy and practices
with respect to your personal information at
www.horizon.bank/privacy/
or we will mail you a free copy upon request if you call us
at 512-637-5730

**Continued**

0008016 HOLLAND 16449C00X.004 25FDP NNNNNN DnpAndE 800

**DDA Credit** HORIZON BANK

**HORIZON BANK SSB**

Amount: 4826.69
Account Number: [redacted]535
Tran Code: 042
Date: 9/5/2025
Customer Name: Patricks Delivery Service
Comment:

[redacted]535⑈ 042

Deposit Date: 9/5/2025 Amount: $4826.69

**DDA Credit** HORIZON BANK

**HORIZON BANK SSB**

Amount: 9500.00
Account Number: [redacted]535
Tran Code: 042
Date: 9/15/2025
Customer Name: Patricks Delivery Service
Comment:

[redacted]535⑈ 042

Deposit Date: 9/15/2025 Amount: $9500.00

**DDA Credit** HORIZON BANK

**HORIZON BANK SSB**

Amount: 2175.00
Account Number: [redacted]535
Tran Code: 042
Date: 9/22/2025
Customer Name: Patricks Delivery Service
Comment:

[redacted]535⑈ 042

Deposit Date: 9/22/2025 Amount: $2175.00

HORIZON BANK

0009641 HOLLAND 21787A00X.005

*0009641 S1
PATRICKS DELIVERY SERVICE
CHAPTER 11 DEBTOR IN POSSESSION
CASE # 25-60062
ADEQUATE PROTECTION
10019 FM 439
BELTON TX 76513-4799

Statement Date: **09/30/2025** Enclosures: **(0)** Account No.: ******8952** Page: **1**

## *BUSINESS CHECKING SUMMARY*

**Type: REG Status: Active**

| **Category** | **Number** | **Amount** |
|---|---|---|
| Balance Forward From 08/29/25 | | 19.49 |
| Debits | 0 | 0.00 |
| Ending Balance On 09/30/25 | | 19.49 |

**Average Balance (Ledger)** **19.49+**

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 08/29/25 was 19.49

| **Date** | **Balance** | **Date** | **Balance** | **Date** | **Balance** |
|---|---|---|---|---|---|
| 09/30/25 | 19.49 | | | | |

## *OVERDRAFT AND RETURNED ITEM FEES*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

NNNNNN DnpAndE 800

This Statement Cycle Reflects 32 Days

**Continued**

Statement Date: **09/30/2025** Enclosures: **(0)** Account No.: ******8952** Page: **2**

CUSTOMER UPDATE - EFFECTIVE APRIL 1, 2025 WE WILL CHANGE
THE MINIMUM DEPOSIT AMOUNT AVAILABLE THE NEXT BUSINESS DAY
FROM $225 TO $275. ANY QUESTIONS OR CONCERNS, CONTACT US.
TO REPORT A LOST OR STOLEN DEBIT CARD, CALL 844-202-5333

## PRIVACY NOTICE

Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.horizon.bank/privacy/ or we will mail you a free copy upon request if you call us at 512-637-5730

0009641 HOLLAND 21788A00X.005 25FDP

**End Statement**