**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 25-60062-MMP |
| PATRICK D. HORACE, SR., | § | |
| | § | Chapter 11 (Subchapter V) |
| Debtor. | § | |

**NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED AUGUST 22, 2025 PURSUANT TO 11 U.S.C. § 1191(b)**

On September 30, 2025, the Court conducted a hearing on confirmation of the *Debtor's First Amended Plan of Reorganization Dated August 22, 2025* (the "Plan") [ECF No. 141]. On October 2, 2025, the Court granted an Order confirming the *Debtor's First Amended Subchapter V Plan of Reorganization Dated August 22, 2025* (the "Confirmation Order") [ECF No. 170], attached hereto as "Exhibit A." On October 16, 2025, the Court entered an *Order Establishing Post-Confirmation Deadlines* (the "Scheduling Order") [ECF No. 177], setting forth certain deadlines as described below.

**NOTICE IS HEREBY GIVEN THAT**:

1. Confirmation: The Plan is confirmed pursuant to 11 U.S.C. § 1191(b) for Patrick D. Horace, Sr. d/b/a Patrick's Delivery Service.

2. Effective Date: The Effective Date of the Plan is, per the Confirmation Order, October 15, 2025.

3. Administrative Expense Claims: All requests for payment of administrative expenses under 11 U.S.C. §§ 503(a) and 507(a)(2), other than (i) professional fee applications governed by separate procedures; or (ii) ordinary-course post-Effective Date obligations, shall be filed on or before November 15, 2025.

4. Professional Fee Applications: Any final applications for compensation and reimbursement of expenses by professionals under 11 U.S.C. §§ 330 and 331 shall be filed on or before November 29, 2025, unless extended by subsequent order.

5. Objections to Claims: Any objections to proofs of claim shall be filed no later than January 13, 2026, unless otherwise extended by Court order.

Dated: October 3, 2025

Respectfully Submitted,

**HAYWARD PLLC**

*/s/ Bach W. Norwood*
Bach W. Norwood
Texas State Bar No. 24134529
Todd Headden
Texas Bar No. 24096285
7600 Burnet Road, Suite 530
Austin, Texas 78757
(737) 881-7100 (Phone/Fax)
bnorwood@haywardfirm.com
theadden@haywardfirm.com

***Counsel for Patrick D. Horace, Sr. d/b/a Patrick's Delivery Service***

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, the foregoing Notice was served via CM/ECF on all parties requesting such service. Additionally, within one business day thereof, the foregoing Notice was served via United States First Class Mail to the parties listed on the attached creditor's matrix.

/s/ *Bach W. Norwood*
Bach W. Norwood

Label Matrix for local noticing
0542-6
Case 25-60062-mmp
Western District of Texas
Waco
Mon Oct 20 12:47:00 CDT 2025

U.S. BANKRUPTCY COURT
800 FRANKLIN AVE., SUITE 140
WACO, TX 76701-1934

6. Debt Consultants Group
44 W Flagler St. Ste 1875
Miami, FL 33130-6844

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Allstate Insurance
P.O. Box 65506
Dallas, TX 75265

Ally Financial
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Ameris Bank d/b/a Balboa Capital
575 Anton Blvd 12th Floor
Costa Mesa, CA 92626-7169

Amur
304 W 3rd St
Grand Island, NE 68801-5941

Amur Equipment Finance, Inc.
PO Box 911685
Denver, CO 80291-1685

Ascension Specialty Insurance Group, Inc.
14726 Hempstead Road
Fairbanks / Northwest Crossing
Houston, TX 77040-4002

Auxilior Capital Partners, Inc.
620 Germantown Pike, Suite 450
Plymouth Meeting, PA 19462-1056

Auxilior Capital Partners, Inc.
c/o Wright Law Group, PLLC
P.O. Box 105603
PMB 84356
Atlanta, GA 30348-5603

BB&T Dealer Financial Services
Wells Fargo Equipment Finance
800 Walnut Street 4th Floor Des
Moines, IA 50309-3891

BMO Bank N.A.
PO Box 3040
Cedar Rapids, IA 52406-3040

BMO Bank N.A.
c/o Logan Jones
McGinnis Lochridge LLP
609 Main Street, Suite 2800
Houston, TX 77002-3179

BMO Harris Bank, N.A.
Attn: Debb White
3925 Fountains Blvd NE
Cedar Rapids, IA 52411-6619

BTG - VIOLATIONS
P.O. BOX 4440
DEPT 9
HOUSTON, TX 77210-4440

Balboa Capital
P.O. BOX 15270
IRVINE, CA 92623-5270

Balboa Capital Corporation
c/o Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-2837

Barclay Bank Delaware - Frontier
P.O. Box 8801
Wilmington, DE 19899-8801

Blue Bridge Financial, Inc.
11921 Freedom Drive
Suite 1130
Reston, VA 20190-6225

CElegans Lab Inc - DBA (AtoB - Fuel)
Four Embarcadero Center, Suite #140
San Francisco, CA 94111-4106

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Celtic Bank - Uplift
275 Battery Street, 3rd Floor
San Francisco, CA 94111-3330

CenterPoint Energy
P.O. Box 270410
Minneapolis, MN 55427-6410

Central Texas Regional Mobility Authority
2420 Ridgepoint
Austin, TX 78754-5205

Central Texas Regional Mobility Authority109
3300 N Interstate 35 Frontage Rd
Austin, TX 78705

Chrysler Capital
P.O. Box 961275
FORT WORTH, TX 76161-0275

Citibank - Best Buy
7601 Penn Avenue South
Minneapolis, MN 55423-8500

Creditors Relief
333 Sylvan Ave
Suite 105
Englewood Cliffs, NJ 07632-2705

(p)MITSUBISHI HC CAPITAL AMERICA INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

FORD MOTOR CREDIT COMPANY LLC
c/o MACKIE WOLF ZIENTZ & MANN, P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, TX 75254-4314

Financial Pacific Leasing, Inc.
3455 S 344th Way, Suite 300
Federal Way, WA 98001-9546

Ford Credit
Customer Service Center
P.O. Box 35910
Cleveland, OH 44135-0910

Ford Credit
National Bankruptcy Service Center
P.O. Box 35911
Cleveland, OH 44135-0911

Ford Motor Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ford Motor Credit Company, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Fuelman Mastercard
P.O Box 1239
Covington, LA 70434-1239

(p)FUNDERS APP LLC
3323 NE 163RD ST STE 401
NORTH MIAMI BEACH FL 33160-5596

GM Financial
P.O. Box 1510
Cockeysville, MD 21030-7510

GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143

Gregory C. Logue, Esq.
P.O. Box 900
Knoxvilel, TN 37901-0900

(p)HARRIS COUNTY TOLL ROAD AUTHORITY
ATTN BANKRUPTCY
7701 WILSHIRE PL DR
HOUSTON TX 77040-5326

Herc Rentals, Inc.
c/o Barnett & Garcia
Attn: Matias Eduardo Garcia, Esq.
3821 Juniper Trace, Suite 108
Austin, TX 78738-5514

Home Depot
2455 Paces Ferry Road SE
Atlanta, GA 30339-1834

Hornet Insurance
P.O. Box 66
Fort Worth, TX 76101-0066

Hyundai Capital America DBA Hyundai Motor Fi
P.O. Box 20809
Fountain Valley, CA 92728-0809

Hyundai Motor Finance
P.O. Box 20892
FOUNTAIN VALLEY, CA 92728-0892

Hyundai Motor Finance
P.O. Box 650805
Dallas, TX 75265-0805

IPFS Corporation
2900 N Loop West Ste 1150
Houston, TX 77092-8855

IPFS Corporation
30 Montgomery Street, Ste. 501
Jersey City, NJ 07302-3821

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

JB&B Capital, LLC
Attn: Bo Johnson
109 S.Northshore Drive
Suite 200
Knoxville, TN 37919-4925

JB&B Capital, LLC
Attn: Bret Peterson
109 S Northshore Drive, Suite 200
Knoxville, TN 37919-4925

JB&B Capital, LLC
P.O. Box 10068
Knoxville, TN 37939-0068

Katelyn Martinez
c/o Arnold & Itkins
Attn: Samantha Demuren, Jason Itkin, Caj
6008 Memorial Drive
Houston, TX 77007-7017

Katelyn Martinez
c/o Ryan E. Chapple
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701-0137

Kohls/Capone
N56 W17000 Ridgewood Drive
Menomonee Falls, WI 53051-7096

Lakeview Loan Servicing, LLC
P.O. Box 8068
Virginia Beach, VA 23450-8068

Lakeview Loan Servicing, LLC
through Servicing agent LoanCare, LLC
McCarthy & Holthus, LLP
1255 W 15th street, Ste. 1060
Plano, TX 75075-4220

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

MCTRA - Violations
P.O. Box 4440
Dept 8
Houston, TX 77210-4440

(p)MERCEDES BENZ FINANCIAL SERVICES
14327 HERITAGE PARKWAY #400
FORT WORTH TX 76177-3300

Mercedes-Benz Vehicle Trust
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, Suite 1000
Costa Mesa, CA 92626-7664

Mercedes-Benz Vehicle Trust
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Midland Equipment Finance
5403 Olympic Dr NW, Ste. 200
Gig Harbor, WA 98335-1853

Midland States Bank dba Midland Equipment Fi
Padfield & Stout, LLP
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-2837

Mitsubishi HC Capital
21925 Network Place
Chicago, IL 60673-1219

Mitsubishi HC Capital America, Inc.
800 Connecticut Ave
4th Floor North
Norwalk, CT 06854-1694

Mitsubishi HC Capital America, Inc.
c/o James W. King
6420 Wellington Pl
Beaumont, TX 77706-3206

Mitsubishi HC Capital America, Inc.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244

ODK Capital, LLC
1400 Broadway
New York, NY 10018-5300

ODK Capital, LLC
4700 W Daybreak Pkwy., Ste 200
South Jordan, UT 84009-5133

ODK Capital, LLC
c/o Zwicker & Associates, P.C.
Attn: Sherry A. Moore, Esq.
851 S Rampart Blvd., Suite 150
Las Vegas, NV 89145-4884

OnDeck Capital, Inc.
4700 W. Daybreak Pkwy. Ste. 200
South Jordan, UT 84009-5133

Oncor Electric Delivery
Property Damage Collections Manager
P.O. Box 910104
Dallas, TX 75391-0104

OneMain
601 NW Second Street
Evansville, IN 47708-1013

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Optimum Bank
2929 E. Commercial Blvd.
Fort Lauderdale, FL 33308-4214

(p)PAWNEE LEASING CORPORATION ATTN SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

(p)PENN CREDIT CORPORATION
PO BOX 69703
HARRISBURG PA 17106-9703

RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373-4182

(p)SECURITY SERVICE FEDERAL CREDIT UNION
ATTN ASSET RECOVERY - BANKRUPTCY
15000 IH 10 WEST
SAN ANTONIO TX 78249-3530

Southern Farm Bureau Life Insurance Group
P.O. Box 78
Jackson, MS 39205-0078

Synchrony Bank - Care Credit
170 Election Road, Suite #125
Draper, UT 84020-6425

Synchrony Bank - Lowe's Bank
170 Election Road, Suite #125
Draper, UT 84020-6425

T Mobile/T-Mobile USA Inc
by AIS Infosource, LP as agent
PO Box 248848
Oklahoma City, OK 73124-8848

T Mobile/T-Mobile USA Inc. by AIS Infosource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

TD Auto Finance
P.O. Box 9223
Farmington Hills, MI 48333-9223

TD Auto Finance LLC
Wilcox Law, PLLC
PO Box 201849
Arlington, TX 76006-1849

TD Bank, N.A., successor in interest to
TD Auto Finance LLC
P.O. Box 551080
Jacksonville, FL 32255-1080

TD Bank, N.A., successor in interest to
TD Auto Finance LLC
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

TOYOTA INDUSTRIES COMMERCIAL FINANCE INC.
c/o Weltman, Weinberg & Reis CO LPA
5990 West Creek Rd. Ste 200
Independence, OH 44131-2191

Tandem Finance Inc.
3801 Automation Way, Ste. 207
Fort Collins, CO 80525-5735

Tavante and Tineete Gray
207 Laura Dr.
Killeen, TX 76549-3872

Tax Appraisal District of Bell County
Julie Anne Parsons
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269

Tax Appraisal District of Bell County
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

Texas Workforce Commission
TWC Building - Reg. Integrity Division
101 East 15th Street
Austin, TX 78778-0001

Threlkeld & Company Insurance / IPFS - DBA I
P.O. Box 412086
Kansas City, MO 64141-2086

Toyota Commerical Finance
P.O. Box 660926
Dallas, TX 75266-0926

Toyota Industries Commercial Finance, Inc.
P.O. Box 660926
1501 North Plano Rd., Suite 100
Richardson, TX 75081-2493

Trans Union
2 Baldwin Pl
P.O. Box 1000
Chester, PA 19016-1000

Truist Bank, Support Services
P.O. Box 85092
Richmond, VA 23286-0001

TxTag
P.O. Box 650749
Dallas, TX 75265-0749

Tycoon Capital Group
Broocks Mack Wilson
Wilson PLLC
708 Main Street, 10th Floor
Houston, TX 77002-3246

Tycoon Capital Group
Shanna M. Kaminski
Kaminski Law, PLLC
PO Box 247
Grass Lake, MI 49240-0247

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0009

United States Trustee - WA12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Wells Fargo Equipment Finance
800 Walnut Street, 4th Floor
Des Moines, IA 50309-3891

Wells Fargo Financial Leasing, Inc.
Attention to: Ryan Joshua Manalansan Men
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

Bach W. Norwood
Hayward, PLLC
7600 Burnet Road
Suite 530
Austin, TX 78757-1269

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205-8902

Patrick D. Horace Sr.
10019 FM 439
Belton, TX 76513-4799

Todd Brice Headden
Hayward PLLC
7600 Burnet Road
Suite 530
Austin, TX 78757-1269

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

ENGS Commercial Finance Co.
One Pierce Place, Ste 1100 West
Itasca, IL 60143

Funders App, LLC
Attn: Alan Reed
3323 NE 163rd St, Suite 401
North Miami Beach, FL 33160

Harris County Toll Road Authority
7701 Wilshire Pl Dr
Houston, TX 77040

Mercedes-Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

(d)Mitsubishi HC Capital America
P.O. Box 71347
Chicago, IL 60694

Pawnee Leasing Corporation
3801 Automation Way, Suite 201
Fort Collins, CO 80525

Penn Credit Corporation
2800 Commerce Drive
Harrisburg, PA 17110

(d)Penn Credit Corporation
P.O. Box 69703
Harrisburg, PA 17106-9703

Security Service Federal Credit Union
P.O. Box 691510
San Antonio, TX 78269-1510

T-Mobile
P.O. Box 37380
Albuquerque, NM 87176

(d)T-Mobile Bankruptcy Team
P.O. Box 53410
Bellevue, WA 98015-3410

Upgrade, Inc.
2 N Central Ave, Fl 10
Phoenix, AZ 85004

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Blue Bridge Financial, LLC
11921 Freedom Dr., Suite 1130
Reston, VA 20190-6225

(u)Tycoon Capital Group

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 118 |
| Bypassed recipients | 2 |
| Total | 120 |